

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 13 2006

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Sheryl L. Loesch
Clerk

Jessica Lyublanovits
Acting Tampa Division Manager
(813) 301-5400

February 8, 2006

This case assigned to District Judge Wilson
and to Magistrate Judge Jones

4:06-CV-00233

U. S. District Court
Eastern District of Arkansas
United States Courthouse
600 West Capitol Ave. Suite 402
Little Rock, Arkansas 72201-3325

RE:   MDL 1507 Prempro Products Liablility Litigation
      E.D. AR Master Case Number 4:03-CV-1507 WRW

Dear Ms. Johnson;

Pursuant to the order of the Judicial Panel on Multidistrict Litigation, transmitted herewith is a certified copy of the docket sheet and the original record on CD of the following transferred case(s):

| MIDDLE DISTRICT OF FLORIDA CASE NO. | CASE STYLE |
| --- | --- |
| 8:05cv2343 | Merricks v. Wyeth et al |
| 8:05cv2342 | Barrett v. Wyeth et al |
| 8:05cv2335 | Santiago v. Wyeth et al |
| 8:05cv2312 | Chomar v. Wyeth et al |
| 8:05cv2299 | Norris v. Wyeth et al |
| 8:05cv2215 | Engle v. Wyeth et al |

Please acknowledge receipt of this file, by returning the enclosed copy of this letter. If you should have any questions or required additional information, please call me at (813)301-5387.

Sincerely,

SHERYL L. LOESCH, CLERK


Jeanne Hueting
Deputy Clerk

enclosures

c:  (without enclosures)
    Judge Susan C. Bucklew
    Leida Santiago, CRD
    Judge Steven D. Merryday
    Marlene Alspach, CRD
    Judge James S. Moody, Jr.
    Sara Boswell, CRD
    Judge James D. Whittemore
    Anne Ohle, CRD

**A CERTIFIED TRUE COPY**

JAN 2 5 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

FILED
EASTERN DISTRICT ARKANSAS

JAN 31 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CONDITIONAL TRANSFER ORDER (CTO-60)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,653 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 2 5 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 4:06-cv-00233-BRW Document 1 Filed 02/13/06 Page 3 of 4
Case 4:03-cv-01507-WRW Document 995 Filed 01/31/2006 Page 2 of 3

PAGE 1 OF 2

# SCHEDULE CTO-60 - TAG-ALONG ACTIONS
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 05-1059 | Susan K. Kobel, et al. v. Wyeth Pharmaceuticals, Inc. |
| **ARKANSAS WESTERN** | |
| ARW 2 05-2172 | Donna G. Woffard v. Wyeth, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-8463 | Gail Geach, et al. v. Wyeth, et al. |
| CAC 5 05-1063 | Frances Flores v. Wyeth, et al. |
| **CONNECTICUT** | |
| CT 3 05-1836 | Laura J. Lawrence v. Wyeth, Inc., et al. |
| **FLORIDA MIDDLE** | |
| FLM 3 05-1177 | Kathryn L. Calhoun v. Wyeth, Inc. |
| FLM 3 05-1265 | Sharon Wilson v. Wyeth, Inc., et al. |
| FLM 8 05-2215 | Connie Engle v. Wyeth, Inc., et al. |
| FLM 8 05-2299 | Violet Norris v. Wyeth, Inc., et al. |
| FLM 8 05-2312 | Betty Chomar v. Wyeth, Inc., et al. |
| FLM 8 05-2335 | Jerilyn Santiago v. Wyeth, Inc., et al. |
| FLM 8 05-2342 | Marie M. Barrett v. Wyeth, Inc., et al. |
| FLM 8 05-2343 | Lillian P. Merricks v. Wyeth, Inc., et al. |
| **MARYLAND** | |
| MD 1 05-3143 | Ann Ridgeway, et al. v. Wyeth, et al. |
| **MINNESOTA** | |
| MN 0 05-2620 | Lillie Joyce Ybarra v. Wyeth, et al. |
| MN 0 05-2621 | Ada Harris v. Wyeth, et al. |
| MN 0 05-2693 | Louise Befumo v. Wyeth, et al. |
| MN 0 05-2694 | Cathy Marie Anderson, et al. v. Wyeth, et al. |
| MN 0 05-2697 | Shirley Blue v. Wyeth, et al. |
| MN 0 05-2698 | Betty Pow, et al. v. Wyeth, et al. |
| MN 0 05-2726 | Donna Wolfe, et al. v. Wyeth, Inc., et al. |
| MN 0 05-2759 | Betty Whitley v. Wyeth, et al. |
| MN 0 05-2760 | Debra Anderson Picard v. Wyeth, et al. |
| MN 0 05-2799 | Virginia H. Berglove v. Wyeth, et al. |
| MN 0 05-2804 | Rose M. Taylor, et al. v. Wyeth, et al. |
| MN 0 05-2834 | Theresse M. Parolini, et al. v. Wyeth, Inc., et al. |
| MN 0 05-2877 | Myrna Griffin v. Wyeth, et al. |
| MN 0 05-2911 | Tessie Miller v. Wyeth, et al. |
| MN 0 05-2913 | Nancy J. Black, et al. v. Wyeth, et al. |
| MN 0 05-2948 | Marilyn M. Thoren v. Wyeth, et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 5 05-785 | Margaret H. White v. Wyeth, et al. |

SCHEDULE CTO-60 - TAG-ALONG ACTIONS     MDL-1507                    PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEBRASKA** | |
| NE 8 05-559 | Donna Ficken, et al. v. Wyeth, et al. |
| **NEW YORK SOUTHERN** | |
| NYS 7 05-9457 | Carmen Montalvo, et al. v. Wyeth, et al. |
| **OHIO SOUTHERN** | |
| OHS 1 05-760 | Evelyn Dyer v. Wyeth, Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 4 05-454 | Karen Norris v. Wyeth, et al. |
| **TEXAS NORTHERN** | |
| TXN 3 05-2357 | Joan K. Macaulay, et al v. Wyeth, et al. |
| TXN 3 05-2381 | Berthene E. Robinson, et al. v. Wyeth, et al. |
| TXN 3 05-2399 | Alma Robinson, et al. v. Wyeth, et al. |
| **VIRGINIA EASTERN** | |
| VAE 1 05-1331 | Mabel H. Fields v. Wyeth, et al. |